**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:08CR152** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| **JOHN DAWSON,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 46). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 19, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

   a.  eMachine laptop computer model eSlate 400K; with serial number SV29C 00002611. Toshiba hard drive, model MK4313MAT, with serial number Y9M56954T.

   b.  Dell desktop computer model XPS 600; with serial number FMVNC91; Seagate hard drive, model ST3160828AS, with serial number 5MT3GBCZ.

   c.  Eleven (11) Compact Disks, one Zip Disk, and one Floppy Disk.

2. On September 18, 25 and October 2, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on November 3, 2008 (Filing No. 45).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 46) is hereby sustained.

B. All right, title and interest in and to the subject properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 5th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge